UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-21789-CIV-ALTONAGA/Reid

**HOWARD MICHAEL CAPLAN**,

    Plaintiff,

v.

**JORGE DE LA PAZ**; *et al.*,

    Defendants.

_____/

<u>**ORDER ADMINISTRATIVELY CLOSING CASE**</u>

**THIS CAUSE** is before the Court on the Defendants' Notice of Settlement [ECF No. 15], filed on June 25, 2024. The Court having carefully reviewed the file, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 26th day of June, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record